**ARCHER & GREINER, P.C.**
Court Plaza South – West Wing
21 Main Street, Suite 353
Hackensack, New Jersey 07601-7095
(201) 342-6000
Attorneys for Plaintiff, Premiere Marketing LLC

BY:  Kimberly A. Capadona, Esq. (kcapadona@archerlaw.com)
     Ashley M. LeBrun, Esq. (alebrun@archerlaw.com)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIERE MARKETING LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATHAN BURROUGHS, NICHOLAS GEROME, TAURUS ADVISORY GROUP LLC, and STANDARD COMMODITIES LLC a/k/a STANDARD COMMODITIES LLP,<br><br>　　　　　　　　　Defendants. | Civil Action No. 2:18-cv-00290-ES-CLW<br><br>**ORDER TO SEAL** |

This matter having come before the Court by way of a joint Motion to Seal Judicial Proceedings and Transcript, filed by plaintiff, Premiere Marketing LLC, and defendants, Nathan Burroughs, Nicholas Gerome, Taurus Advisory Group LLC, and Standard Commodities LLC a/k/a Standard Commodities LLP, (collectively, "the Parties"), pursuant to Local Rule of Civil Procedure 5.3; and the Court having considered the Affidavit of Paul Shagawat in support;

**AND IT APPEARING TO THE COURT THAT:**

(a) the Parties seek to seal the hearing and "Transcript of Settlement Hearing Before the Honorable Cathy L. Waldor United States Magistrate Judge", dated January 18, 2018 (hereinafter the "Judicial Proceedings");

1

(b) the Parties have demonstrated legitimate private and public interests warranting the relief sought. With respect to a private interest, the Judicial Proceedings and Transcript contain trade secrets, specifically the identification and discussion of clients, prospective clients, and Channel Partners, as well as the terms of a negotiated deal made between the Parties in furtherance of settlement (collectively, "Confidential Information"). This Confidential Information derives independent economic value from not being generally known or publicly made available. The Parties have a joint interest in maintaining the trade secrets as Confidential Information, in avoiding financial harm to the Parties by disclosure of same, in avoiding harm to the Parties' standing in the marketplace, and in avoiding loss of competitive advantages to the Parties. With respect to a public interest, the Parties have demonstrated legitimate public interests warranting the relief sought, specifically, to encourage disclosure of Confidential Information during settlement and to negotiate such settlements without the fear of losing the confidential nature of the information;

(c) the Parties have demonstrated a clearly defined and serious injury that would result if the relief sought is not granted, specifically, that trade secrets and information previously safeguarded by the Parties as confidential would be disclosed, and that the Parties would be harmed financially, in their standing in the marketplace, and in their competitive advantages from such disclosure, and that the disclosure of such information would make Plaintiff in breach of his contractual duties under contracts with clients to maintain confidentiality;

(d) the Parties demonstrated that a less restrictive alternative to the relief sought is not available because without an order sealing, the Transcript becomes electronically filed and searchable on the Internet and the information would lose its confidential nature forever;

(e) the Court previously sealed the Judicial Proceedings and Transcript on January 18, 2018; and

(f) no party or known nonparty objects to the sealing request;

**IT IS THEREFORE** on this ___1___ day of ~~February~~ March 2018 **ORDERED** as follows:

1. the Parties' Joint Motion to Seal Judicial Proceedings and Transcript of Settlement Hearing Before the Honorable Cathy L. Waldor United States Magistrate Judge, dated January 18, 2018 is GRANTED.

2. the Transcript of Settlement Hearing Before the Honorable Cathy L. Waldor United States Magistrate Judge, dated January 18, 2018 and Judicial Proceedings of January 18, 2018 are hereby SEALED.

_____
HON. ESTHER SALAS, U.S.D.J.

213892714v1